IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN MOORE, III,

     Appellant,

 v.

          Case No.  5D22-1602
          LT Case No. 2006-CF-016126-AX

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed August 9, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

John Moore, III, Sneads, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.


    AFFIRMED.


LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.